No. 97–7343.  POMPEY v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–7344.  ALVAREZ SOTOPAZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–7345.  SIMON v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 97–7346.  BAGGETT v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–7349.  SANDERS v. DELAWARE.  Sup. Ct. Del.  Certiorari denied.

No. 97–7352.  CALDERON-HERNANDEZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–7355.  ARTERO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–7356.  CORROW v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 97–7357.  WILKINSON v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 97–7359.  CLARK v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–7361.  MITCHELL v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–7367.  NOA v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–7371.  HOOVER v. LEONARDO, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 97–7372.  DUMBRIQUE v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–7374.  FLANAGAN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.